IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,               )       No. 6:11-MJ-00141 MJS
                                )
    vs.                          )       ORDER OF RELEASE
                                )
AMMON McNEELY,                   )
                                )
        Defendant.               )
_____)

The above named defendant having been sentenced to Time Served on March 12, 2012,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.


DATED: 3/12/2012

                                /s/ MICHAEL J. SENG
                                HONORABLE MICHAEL J. SENG
                                U.S. MAGISTRATE JUDGE

12/6/06 ordrelease.form

1