IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:11-MJ-00141 MJS |
| vs. | ) | ORDER OF RELEASE |
| AMMON McNEELY, | ) | |
| Defendant. | ) | |

The above-named defendant having been found to have completed the 20 days of custody previously ordered, is ordered released on March 12, 2012.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: 3/12/2012

/s/ MICHAEL J. SENG
HONORABLE MICHAEL J. SENG
U.S. MAGISTRATE JUDGE

12/6/06 ordrelease.form

1